764 A.2d 1052

COMMONWEALTH of Pennsylvania, Appellee,

v.

Daniel M. SARANCHAK, Appellant.

Supreme Court of Pennsylvania.

Nov. 6, 2000.

## ORDER

PER CURIAM:

AND NOW, this 6th day of November, 2000, the appeal filed by the Defender Association of Philadelphia on August 23, 2000, is DISMISSED based upon lack of standing.